Opinion issued September 9, 2002


 

 

 

 





In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00671-CV

____________


DANIEL T. MORRIS, Appellants


V.


MEMORIAL HERMANN HOSPITAL SYSTEMS, INC., LUIS HARO, UT
HOUSTON HEALTH SCIENCE CENTER, UNIVERSITY CARE PLUS, Appellees






On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 010937






O P I N I O N

 On August 1, 2002, the Court ordered that unless within 10 days of the date of
the order, appellant showed this Court that it had jurisdiction over the matter
appealed, the appeal would be dismissed.

 To date, appellant has not responded to the Court's August 1, 2002 order.

 Accordingly, appellants' appeal is dismissed for want of jurisdiction. 

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Taft and Alcala.

Do not publish. Tex. R. App. P. 47.